**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**CHEYENNE NICOLE SMITH**
a/k/a Tucker                                                                                    **PLAINTIFF**

V.                             CASE NO. 2:23-CV-2111

**JAILER MELISSA GAMBLE;**
**JAILER AUSTIN TERWILLIGER;**
**SHERIFF SCOTT SAWYER; and**
**JAIL ADMINISTRATOR CRAIG MOHR**                                     **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 70) filed on December 30, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Motion for Summary Judgment (Doc. 51) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 21st day of January, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE